## (December 23, 1964)

■ In the Matter of ARTHUR ALTERMAN, Appellant-Respondent, v. CARL J. NOE et al., Constituting the Board of Elections of Westchester County, et al., Respondents, and GEORGE E. VAN COTT, Respondent-Appellant.— In a proceeding under section 330 of the Election Law, to direct the recanvass and the recount of the votes for the office of Assemblyman in the Third Assembly District of Westchester County, which were cast in the general election held November 3, 1964, the petitioner Arthur Alterman, who is the Democratic and Liberal candidate for said office, and the respondent George E. Van Cott, who is the Republican candidate for said office, each cross-appeals from so much of an order of the Supreme Court, Westchester County, entered December 17, 1964 upon the court's decision and opinion after a hearing, as is adverse to him. Order, insofar as appealed from by the respective parties, affirmed, without costs. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

## (December 28, 1964)

■ CARMEL & LIVINGSTON CORP., Appellant, v. WALSH CONSTRUCTION COMPANY, Respondent.— In an action to recover real estate brokerage commissions, plaintiff appeals from a judgment of the Supreme Court, Nassau County, entered June 25, 1963 upon the opinion and decision of the court after a nonjury trial, which dismissed the complaint. Judgment affirmed, with costs. In our opinion, the evidence justified the finding that all negotiations were subject to the ultimate approval of the defendant's board of directors and that such approval was never obtained. Beldock, P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.